IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LESLIE MONTGOMERY**                                                                                            **PLAINTIFF**

V.                                    **5:11CV00288 JMM**

**KYLE HAVNER, KATHY HAVNER, and**
**HAVNER LAW FIRM, P.A.**                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order granting Defendants' motion for summary judgment, Judgment is hereby entered in favor of the Defendants and against the Plaintiff with prejudice.

IT IS SO ORDERED this 18th day of April, 2012.

                                                                     _____
                                                                     James M. Moody
                                                                     United States District Judge